**EXHIBIT 2:** INFRINGEMENT #1
URL: https://www.instagram.com/p/BltZMIqlc74/



**EXHIBIT 2:** INFRINGEMENT #2

URL: https://www.instagram.com/p/BltZMIqlc74/

