Craig B. Sanders, Esq. (Cal Bar 284397)
SANDERS LAW GROUP
333 Earle Ovington Blvd, Suite 402
Uniondale, NY 11553
Tel: (516) 203-7600
File No.: 124008

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Robert Barbera,<br><br>  Plaintiff,<br><br>  v.<br><br>Dua Lipa,<br><br>  Defendant. | Case No. 2:22-cv-04213-FMO-JC<br><br>**NOTICE OF SETTLEMENT**<br><br>Judge: Fernando Manzano Olguin and Jacqueline Chooljian<br>Complaint Filed: |

//
//
//
//
//
//
//
//

Case No. 2:22-cv-04213-FMO-JC

NOTICE OF SETTLEMENT

**PLEASE TAKE NOTICE** that Robert Barbera ("Plaintiff") hereby notifies the Court that it has settled all claims between Plaintiff and Defendant in this matter and is in the process of documenting the settlement. Plaintiff anticipates filing a dismissal with prejudice within 45 days.

DATED: August 22, 2022

                  **SANDERS LAW GROUP**

                  By:   */s/ Craig B. Sanders*
Craig B. Sanders, Esq.
333 Earle Ovington Blvd, Suite 402
Uniondale, NY 11553
Tel: (516) 203-7600
Email: csanders@sanderslaw.group
File No.: 124008
*Attorneys for Plaintiff*

Case No. 2:22-cv-04213-FMO-JC

NOTICE OF SETTLEMENT